# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | | |
|---|---|---|
| **RICHARD ALAN DAVIS** <br> **ADC #089568,** | * <br> * <br> * | |
| **Plaintiff** | * <br> * | |
| v. | * <br> * | Case No. 5:04CV00413 BD |
| **PHILIP BAUGHMAN,** *et al.*, | * <br> * | |
| **Defendants** | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE, and Judgment is entered on behalf of defendants Baughman and Minor.

IT IS SO ORDERED, this 22ND day of January, 2007.

_____
U. S. MAGISTRATE JUDGE